HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
NORBERTO GONZALEZ RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NORBERTO GONZALEZ RAMIREZ,<br><br>Defendant. | Case No.  6:13-MJ-00117-MJS<br><br>STIPULATION AND ORDER FOR EXTENSION OF PROBATION AND FOR CONTINUANCE OF REVIEW HEARING<br><br>DATE:   September 29, 2015<br>TIME:    10:00 a.m.<br>JUDGE: Hon. Michael J. Seng |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel, that the probation period now scheduled to end on July 14, 2015, may be extended for a period of two and a half months, to September 30, 2015 and that the review hearing now set for June 9, 2015, may be continued to September 29, 2015, at 10:00 a.m.

This extension of probation is requested by the parties so defendant can complete and certify the court-ordered DMV course for multi-offenders, and complete paying the $2400 fine. Defendant has been attending AA regularly, as ordered by the court.  Defendant has enrolled in, and has been taking the DMV course as ordered.  However, due to its length, he will not have all of the classes done until August of 2015.  Defendant has had to put off payment of the fine in order to pay for the classes for which proof of payment is attached as Exhibit 1.  The parties agree that an additional period of probation is sufficient to permit him to complete the required terms of probation without alleging a probation violation, given defendant's good faith effort to

1  complete all required terms within the time allotted.  Defendant is otherwise in compliance with
2  the terms of probation, and anticipates completing both the course and fine payment before the
3  new review hearing date.
4      The requested extension of probation and continuance of status conference by stipulation
5  of the parties will conserve time and resources for all parties and the court.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 13, 2015        By:    /s/ Matthew McNease
                                  MATTHEW MC NEASE
                                  Acting Legal Officer
                                  National Park Service
                                  Yosemite National Park


HEATHER E. WILLIAMS
Federal Defender

DATED: May 13, 2015        By:    /s/ Megan T. Hopkins
                                  MEGAN T. HOPKINS
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  NORBERTO GONZALEZ RAMIREZ


**O R D E R**

Good cause appearing, the above STIPULATION TO EXTEND PROBATION AND TO CONTINUE THE REVIEW HEARING in Case No. 6:13-MJ-00117-MJS is hereby accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:   May 13, 2015                      /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28